IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Michael T. Stephens, | ) | C/A NO. 4:08-0329-CMC-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Gary Kubic; Phillip A Foot; Charles Allen; Jo Ann DeBoe; Dr. Charles Bush; Nurse Holden; Nurse Carlisle; Susan Foot; Parole Agent Rowell; Southern Health Partners, Inc., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's *pro se* motion for Relief from a Judgment or Order Pursuant to Rules 60(b)(3) and 60(d)(3). Defendants Deboe, Bush, Holden, Carlisle, and Southern Health Partners, Inc. ("Medical Defendants") have responded in opposition, and Plaintiff has replied.

For the reasons stated by the Medical Defendants, with which this court agrees, Plaintiff's motion is **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 16, 2011